IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THE ESTATE OF ZOEY CHAFER, by its
Special Administrator, Michael Chafer,

 Plaintiff,           Case No. 23-cv-379-wmc

 v.

SAWYER COUNTY, KARLA KAY, RUTH
ANNE GILLMOR, KASSIDY GRUEL, and
DOMENIC FALKNER,

 Defendants.

---

JUDGMENT IN A CIVIL CASE

---

 IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Sawyer County, Karla Kay, Ruth Anne Gillmor, Kassidy Gruel, and Domenic Falkner against plaintiff The Estate of Zoey Chafer, by its Special Administrator, Michael Chafer dismissing this case with prejudice for failure to state a claim under 42 U.S.C. § 1983, but without prejudice as to any claims that may be asserted in state court.

   s/ Deputy Clerk          10/15/2024
 Joel Turner, Clerk of Court         Date